UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**03 CV 12247 WGY**

| | |
|---|---|
| MODERN CONTINENTAL ) | |
| CONSTRUCTION CO., INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| RLI INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

## LOCAL RULE 7.3 DISCLOSURE OF
## MODERN CONTINENTAL CONSTRUCTION CO., INC.

This will certify that, pursuant to Local Rule 7.3, the parent corporation of Plaintiff Modern Continental Construction Co., Inc. is "Modern Continental Construction Holding Co., Inc." and that the parent of Modern Continental Construction Holding Co., Inc. is, in turn, "Modern Continental Companies, Inc." This will further certify that, pursuant to Local Rule 7.3, no publicly held company owns ten percent (10%) or more of Plaintiff Modern Continental Construction Co., Inc.'s stock.

Respectfully submitted,

Modern Continental Construction Co., Inc.
By its attorneys

HINCKLEY, ALLEN & SNYDER LLP

_____
Joel Lewin, BBO No. 289040
Eric F. Eisenberg, BBO No. 544682
28 State Street
Boston, MA 02109
Telephone: 617-345-9000

Dated: November 13, 2003

#463306v1 / 110580-112609