# United States District Court

DISTRICT OF __Massachusetts__

Modern Continental Construction
Co., Inc.
        Plaintiff
    v.

RLI Insurance Company
        Defendant

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 03 C 12247 WGY

TO: (Name and Address of Defendant)

    RLI Insurance Company
    9025 North Lindbergh Drive
    Peoria, Illinois  61615

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

NOV 14, 2003
DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  March 5, 2004 |
| NAME OF SERVER  Stacy Siegan | TITLE  Administrative Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By first-class mail to RLI Insurance Company at 9025 N. Lindbergh Drive, Peoria, IL 61615

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/04
Date

Signature of Server: Stacy Siegan

Address of Server: One South Station, Boston, MA 02110

DIVISION OF INSURANCE
MAR - 5 2004
RECEIVED
OFFICE OF THE
GENERAL COUNSEL

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.