UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV12247 WGY

MODERN CONTINENTAL        )
CONSTRUCTION CO., INC.,   )
      Plaintiff      )
                     )
    v.                     )
                     )
RLI INSURANCE COMPANY,    )
      Defendant      )

### STIPULATION TO ENLARGE TIME FOR RLI INSURANCE COMPANY TO RESPOND TO MODERN CONTINENTAL CONSTRUCTION'S COMPLAINT

RLI Insurance Company ("RLI") and Modern Continental Construction Co., Inc. ("MCC") file this stipulation to enlarge time, as permitted by Fed.R.Civ.P. 6(b).

    A.    <u>Stipulation</u>

1. Plaintiff, MCC, has sued defendant, RLI, demanding payment pursuant to an RLI insurance policy.

2. On March 5, 2004, MCC served its complaint on the defendant, RLI.

3. RLI's responsive pleading is due on March 25, 2004.

4. The parties have stipulated that RLI may have until April 26, 2004 to file its responsive pleading.

5. The extension will not prejudice the rights of any party, is in the interest of justice and is contemplated and specifically permitted by Fed.R.Civ.P. 6(b).

-2-

WHEREFORE, the parties ask that after considering the stipulation the court enlarge the time for filing the responsive pleading of the defendant, RLI, until April 26, 2004.

Respectfully submitted,

For the Plaintiff,

_____
Eric F. Eisenberg (BBO #544682)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617)345-9000

For the Defendant,

_____
Robert E. Kiely (BBO #556640)
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617)723-0901

I hereby certify that this document has been served upon all counsel of record in compliance with the FRCP
3/19/04