UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV12247 WGY

| | |
|---|---|
| MODERN CONTINENTAL CONSTRUCTION CO., INC., Plaintiff | ) ) ) ) |
| v. | ) ) |
| RLI INSURANCE COMPANY, Defendant | ) ) ) |

AMENDED STIPULATION TO ENLARGE TIME FOR RLI INSURANCE COMPANY TO
RESPOND TO MODERN CONTINENTAL CONSTRUCTION'S COMPLAINT

RLI Insurance Company ("RLI") and Modern Continental Construction Co., Inc.

("MCC") file this amended stipulation to enlarge time, as permitted by Fed.R.Civ.P. 6(b).

A.    Stipulation

1.    Plaintiff, MCC, has sued defendant, RLI, demanding payment pursuant to an RLI

insurance policy.

2.    On March 5, 2004, MCC served its complaint on the defendant, RLI.

3.    RLI's responsive pleading was due on March 25, 2004.

4.    The parties filed an initial stipulation granting RLI an extension until April 26,

2004 to file its responsive pleading.

5.    The parties have now stipulated to an additional extension up to and including

May 10, 2004 for RLI to file its responsive pleading. This extension is the result

-2-

of an agreement between the parties to discuss the possibility of resolution of this

matter without further litigation, and the additional time will not prejudice the

rights of any party, is in the interest of justice and is contemplated and specifically

permitted by Fed.R.Civ.P. 6(b).

WHEREFORE, the parties ask that after considering the amended stipulation the court

enlarge the time for filing the responsive pleading of the defendant, RLI, until May 10, 2004.

Respectfully submitted,

For the Plaintiff,

For the Defendant,

_Eric Eisenberg (REK)_

Eric F. Eisenberg (BBO #544682)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617)345-9000

_Robert E. Kiely_

Robert E. Kiely (BBO #556640)
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617)723-0901

I hereby certify that this document has
been served upon all counsel of record
in compliance with the FRCP
4/26/94