UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MODERN CONTINENTAL )
CONSTRUCTION, INC., )
         Plaintiff )
)
v. )
)
RLI INSURANCE COMPANY, )
         Defendant )

Civil Action No. 03 CV 12247 WGY

## LOCAL RULE 7.3 DISCLOSURE OF RLI INSURANCE COMPANY

This will certify that, pursuant to Local Rule 7.3, the parent corporation of RLI Insurance Company is RLI Corporation. This will further certify that, pursuant to Local Rule 7.3, no publicly held company owns ten percent (10%) or more of defendant RLI Insurance Company's stock.

         For the Defendant,
         RLI Insurance Company
         By its attorneys,

         **REGAN & KIELY LLP**

         _____
         Robert E. Kiely, Esquire (BBO #556640)
         85 Devonshire Street
         Boston, MA 02109
         (617)723-0901