UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV12247 WGY

MODERN CONTINENTAL )
CONSTRUCTION, )
      Plaintiff )
)
v. )
)
RLI INSURANCE COMPANY, )
      Defendant )

### AFFIDAVIT OF COSTANTINO P. SURIANO

1. My name is Costantino P. Suriano and I am attorney licensed to practice in the State of New York.

2. I was admitted to practice law in the State of New York in 1981. I am also admitted to practice before the federal courts in New York and the Federal Appeals Court in New York. I am currently in good standing in all of the courts and jurisdictions in which I am admitted.

3. I have previously been admitted and practiced *pro hac vice* in courts in Massachusetts, although not in the calendar year 2004.

4. I have been practicing insurance law since 1982, and have litigated many insurance coverage cases. I have an experience in this area of the law and a pre-existing attorney/client relationship with the defendant insurer.

5. I am familiar with the rules governing professional conduct and hereby agree to abide by the same and all of my conduct in this matter.

6. I have read, and am familiar with, and hereby agree to abide by the Local Rules of Civil Procedure governing actions within in the United States District Court for the District of Massachusetts.

Signed under the pains and penalties this 6th day of May, 2004.

_Costantino P. Suriano_
Costantino P. Suriano, Esquire
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
212-804-4200