IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -4 A 10: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

MODERN CONTINENTAL )
CONSTRUCTION CO., INC. )
)
Plaintiff, )
)
v. )
) CIVIL ACTION NO. 03-12247-WGY
RLI INSURANCE COMPANY )
)
Defendant. )

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew W. Daniels, Esq. as counsel for Plaintiff Modern Continental Construction Co., Inc. in this case.

Respectfully submitted,

**MODERN CONTINENTAL CONSTRUCTION CO., INC.**

By its attorneys,

*Eric Eisenberg /hrp/*
Joel Lewin, Esq. (BBO #289040)
Eric Eisenberg, Esq. (BBO #544682)
Andrew W. Daniels, Esq. (BBO #552435)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

DATED: June 4, 2004

1

## CERTIFICATE OF SERVICE

I, Eric F. Eisenberg, attorney for Plaintiff Modern Continental Construction Co., Inc., hereby certify that on this 4th day of June, 2004, I have served a true copy of the above document, via first-class mail, postage pre-paid, to the following counsel of record:

Robert Kiely
Regan & Kiely LLP
85 Devonshire Street
Boston, Massachusetts 02109

_____
Eric F. Eisenberg