UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------------x

MODERN CONTINENTAL
CONSTRUCTION, INC.

              Plaintiff,

    -against-

RLI INSURANCE COMPANY

             Defendant.
-------------------------------------------------x

Civil Action No.: 03 CV 12247 WGY

**STIPULATION and ORDER
OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the above entitled action and all related counterclaims are discontinued with prejudice, with each party to bear its own attorney's fees and costs.

Dated: October 5, 2004

HINCKLEY, ALLEN & SNYDER, LLP

_____
Joel Lewin, BBO No. 289040
Eric F. Eisenberg, BBO No. 544862
28 State Street
Boston, MA 02109
(617) 345-9000
Attorneys for Plaintiff

MOUND, COTTON, WOLLAN &
GREENGRASS

_____
Frederic R. Mindlin, pro hac vice
One Battery Park Plaza
New York, NY 10004
(212) 804-4200
Attorneys For Defendant

SO ORDERED:

_____
    U.S.D.J.